UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ZILONG WANG *et al.*,                                                  :
:
                         Plaintiffs,                          :
:    19 Civ. 2884 (JPC)
        -v-                                                    :
:    <u>ORDER</u>
ZIHUI "JULIE" GUO *et al.*,                                            :
:
:
                        Defendants.                          :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    On August 22, 2020, the Honorable Paul G. Gardephe, to whom this case was previously assigned, directed the parties "to file a joint status letter every 90 days until the arbitration is complete." Dkt. 63 at 17. This case was reassigned to the undersigned on September 29, 2020 and the Notice of Reassignment issued on October 2, 2020 advised the parties that "[u]nless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment." Dkt. 64 at 1. The parties submitted joint status letters on November 20, 2020, February 25, 2021, May 24, 2021, and August 20, 2021. Dkts. 66-69. Accordingly, the parties were required to submit a joint status letter 90 days from August 20, 2021, or by November 18, 2021. The parties have failed to submit such letter by November 18, 2021.

    It is hereby ORDERED that the parties shall submit a joint status letter by November 24, 2021 in accordance with the Court's directive in the August 22, 2020 Opinion and Order.

    SO ORDERED.

Dated: November 22, 2021
       New York, New York
                                                JOHN P. CRONAN
                                                United States District Judge